GAIL SHIFMAN
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, CA 94115-1814
Tel:    415-551-1500
Email: gail@shifmangroup.com

JAMES S. THOMSON
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, CA 94710
Tel:    510-525-9123
Email: james@ycbtal.net

Attorneys for Defendant
JOSE NOE RAMIREZ-AVELAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    *v.*<br><br>ERICK ESCALANTE-TORRES, and<br>JOSE NOE RAMIREZ-AVELAR,<br><br>                    Defendants. | CASE NO. CR 17-0068-EJD<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER |

The parties last appeared before the Court on August 28, 2023, and are next scheduled to appear before the Court on December 4, 2023.  The parties are jointly seeking to continue the next court appearance to February 5, 2024.  The Court previously set trial to commence on April 2, 2024, and excluded Speedy Trial time through that scheduled trial date.

STIP AND [~~PROPOSED~~] ORDER
CASE NO. 17-CR-00068 EJD

1    SO STIPULATED.

2   DATED: November 28, 2023

3                                                    ISMAIL J. RAMSEY
                                                     United States Attorney
4

5                                                    _____/s/Stephen Meyer_____
                                                     STEPHEN MEYER
6                                                    ASEEM PADUKONE
                                                     Assistant United States Attorneys
7

8   _____/s/Richard Tamor_____          _____/s/Gail Shifman_____
9   RICHARD TAMOR                                    GAIL SHIFMAN and JAMES S. THOMSON
    Counsel for Defendant Erick Escalante-Torres    Counsel for Defendant Jose Noe Ramirez-Avelar
10

11

12                    **[PROPOSED] ORDER GRANTING STIPULATION**

13          The Court hereby continues the status conference from December 4, 2023, to February 5, 2024.

14   The Court previously excluded time under the Speedy Trial Act through the trial date of April 2, 2024.

15          IT IS SO ORDERED.

16

17   Dated:  November 28, 2023

18                                                   HONORABLE EDWARD J. DAVILA
                                                     UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28